E-FILED 01-14-09
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Art Manabat, et al.,** | CASE NO. CV 08-5868-GHK (JWJx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **Triumph Funding, Inc., et al.,** | |
| Defendants. | |

Pursuant to our order dismissing Defendants Downey Savings and Loan Association and Central Mortgage Company on October 27, 2008, and our order dismissing Defendants Triumph Funding, Inc., Aaron David Loewy, Mikhail Lekhtman, Countrywide Home Loans, Inc., and Deutsche Bank National Trust Company on January 13, 2009, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiffs on all claims. Plaintiffs shall take nothing by their Complaint.

**IT IS SO ORDERED.**

DATED: January 13, 2009

_____
GEORGE H. KING
United States District Judge